**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Gwendolyn Denise Jones

**Debtor(s)**

Case No.: 08−30952

Chapter: 7

ENTERED
11/05/2009

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Randy W Williams is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 11/5/09

MARVIN ISGUR
United States Bankruptcy Judge